IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF JUSTICE CHARLIE LOUIS HALL, | ) ) ) | |
| Plaintiff, | ) ) | 8:00cv128 |
| vs. | ) ) ) | ORDER |
| MICHIGAN LEGISLATIVE HANDBOOK, et al., | ) ) ) | |
| Defendants. | ) | |

     The court has received documents bearing the caption of Case No. 8:90cv349, a case which does not involve the plaintiff, Chief Justice Charlie Louis Hall, and to which he is not a party. In addition, the documents are not accompanied by the court's $350 filing fee. Rather than return the documents to the plaintiff, I will direct the Clerk of Court to file the documents in the above-captioned case previously brought by Mr. Hall. The documents shall be filed together as a Supplement.

     SO ORDERED.

     DATED this 15th day of March, 2007.

                                            BY THE COURT:

                                            s/ F. A. GOSSETT
                                            United States Magistrate Judge