IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF JUSTICE CHARLIE LOUIS HALL, | ) ) ) | |
| Plaintiff, | ) ) | 8:00cv128 |
| vs. | ) ) | ORDER |
| MICHIGAN LEGISLATIVE HANDBOOK, et al., | ) ) ) ) | |
| Defendants. | ) | |

    The court has received documents bearing the caption of a case which does not involve the plaintiff, Chief Justice Charlie Louis Hall, and to which he is not a party. In addition, the documents are not accompanied by the court's filing fee. Rather than return the documents to the plaintiff, I will direct the Clerk of Court to file the documents in the above-captioned case previously brought by Mr. Hall. The documents shall be filed together as a Supplement. The Clerk of Court is authorized to follow this procedure without further order of the court in the event of future similar circumstances.

    SO ORDERED.

    DATED this 22nd day of May, 2007.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        JOSEPH F. BATAILLON
                                                        Chief District Judge